Fill in this information to identify your case:

United States Bankruptcy Court for the:

__**Western District of Washington**__

Case number (*If known*): _____

Chapter you are filing under:
☑ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this is an amended filing

## Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

12/22

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint* case—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
|---|---|

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Philip**<br>First name<br><br>**R.**<br>Middle name<br><br>**Ronco**<br>Last name<br><br>_____<br>Suffix (Sr., Jr, II, III) | **Tracy**<br>First name<br><br>**D**<br>Middle name<br><br>**Meredith**<br>Last name<br><br>_____<br>Suffix (Sr., Jr, II, III) |
| **2. All other names you have used in the last 8 years**<br><br>Include your married or maiden names and any assumed, trade names and any *doing business as* names.<br><br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | _____<br>First name<br><br>_____<br>Middle name<br><br>_____<br>Last name<br><br>**Mevorach Transportation LLC**<br>Business name (if applicable)<br><br>_____<br>Business name (if applicable) | _____<br>First name<br><br>_____<br>Middle name<br><br>_____<br>Last name<br><br>_____<br>Business name (if applicable)<br><br>_____<br>Business name (if applicable) |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – **2 0 8 5**<br>OR<br>9xx – xx – ___ ___ ___ ___ | xxx – xx – **1 9 7 0**<br>OR<br>9xx – xx – ___ ___ ___ ___ |

Case 23-10758-CMA    Doc 1    Filed 04/26/23    Ent. 04/26/23 20:47:36    Pg. 1 of 78

| Debtor 1 | **Philip** | **R.** | **Ronco** | |
|---|---|---|---|---|
| Debtor 2 | **Tracy** | **D** | **Meredith** | |
| | First Name | Middle Name | Last Name | |

Case number *(if known)* _____

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**4. Your Employer Identification Number (EIN), if any.**

About Debtor 1:

<u>4</u>  <u>5</u> - <u>2</u>  <u>3</u>  <u>9</u>  <u>3</u>  <u>2</u>  <u>0</u>  <u>6</u>
EIN

___  ___ - ___  ___  ___  ___  ___  ___  ___
EIN

About Debtor 2 (Spouse Only in a Joint Case):

___  ___ - ___  ___  ___  ___  ___  ___  ___
EIN

___  ___ - ___  ___  ___  ___  ___  ___  ___
EIN

**5. Where you live**

 900 29th Street S E D-10 _____
Number        Street

_____

 Auburn, WA 98002 _____
City                          State    ZIP Code

 King _____
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number        Street

_____
P.O. Box

_____
City                          State    ZIP Code

**If Debtor 2 lives at a different address:**

_____
Number        Street

_____

_____
City                          State    ZIP Code

_____
County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number        Street

_____
P.O. Box

_____
City                          State    ZIP Code

**6. Why you are choosing *this district* to file for bankruptcy**

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408)

_____

_____

_____

_____

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408)

_____

_____

_____

_____

Official Form 101      **Voluntary Petition for Individuals Filing for Bankruptcy**      page 2

| **Part 2:** | **Tell the Court About Your Bankruptcy Case** |
|---|---|

7. **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one. (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)). Also, go to the top of page 1 and check the appropriate box.*

- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

8. **How you will pay the fee**

☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

9. **Have you filed for bankruptcy within the last 8 years?**

☑ No.

☐ Yes.

| | District _____ | When _____ MM / DD / YYYY | Case number _____ |
|---|---|---|---|
| | District _____ | When _____ MM / DD / YYYY | Case number _____ |
| | District _____ | When _____ MM / DD / YYYY | Case number _____ |

10. **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No.

☐ Yes.

| | Debtor _____ | | Relationship to you _____ |
|---|---|---|---|
| | District _____ | When _____ MM / DD / YYYY | Case number, if known _____ |
| | Debtor _____ | | Relationship to you _____ |
| | District _____ | When _____ MM / DD / YYYY | Case number, if known _____ |

11. **Do you rent your residence?**

`Skylark Village Mobile Home Park. Space D-10`

☐ No. Go to line 12.

☑ Yes. Has your landlord obtained an eviction judgment against you?

☑ No. Go to line 12.

☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

| Debtor 1 | **Philip** | **R.** | **Ronco** |
| Debtor 2 | **Tracy** | **D** | **Meredith** |
| | First Name | Middle Name | Last Name |

Case number *(if known)* _____

| Part 3: | Report About Any Businesses You Own as a Sole Proprietor |

**12. Are you a sole proprietor of any full- or part-time business?**

☑ No. Go to Part 4.

☐ Yes. Name and location of business

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

_____
Name of business, if any

_____
Number        Street

_____

_____
City                              State          ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor* or a debtor as defined by 11 U.S.C. § 1182(1)?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines. If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☑ No. I am not filing under Chapter 11.

☐ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes. I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

Case 23-10758-CMA    Doc 1    Filed 04/26/23    Ent. 04/26/23 20:47:36    Pg. 7 of 78

| Debtor 1 | **Philip** | **R.** | **Ronco** | |
|----------|-----------|--------|-----------|--|
| Debtor 2 | **Tracy** | **D** | **Meredith** | |
| | First Name | Middle Name | Last Name | |

Case number *(if known)* _____

## Part 4: Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

☑ No.

☐ Yes.   What is the hazard?   _____
_____
_____

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

If immediate attention is needed, why is it needed?   _____
_____
_____

Where is the property?   _____
Number          Street

_____

_____
City                                State        ZIP Code

| Debtor 1 | **Philip** | **R.** | **Ronco** | |
|---|---|---|---|---|
| Debtor 2 | **Tracy** | **D** | **Meredith** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

**15.  Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file.
You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file.
You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

## Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

**16a. Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.
☑ Yes. Go to line 17.

**16b. Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☐ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer debts or business debts.

_____

**17. Are you filing under Chapter 7?**

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ No. I am not filing under Chapter 7. Go to line 18.

☑ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?
☑ No
☐ Yes

**18. How many creditors do you estimate that you owe?**

☐ 1-49
☑ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,000-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☐ $0-$50,000
☑ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0-$50,000
☐ $50,001-$100,000
☑ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

## Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X **/s/ Philip R. Ronco**
Philip R. Ronco, Debtor 1
Executed on **04/25/2023**
        MM/ DD/ YYYY

X **/s/ Tracy D Meredith**
Tracy D Meredith, Debtor 2
Executed on **04/25/2023**
        MM/ DD/ YYYY

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**X** /s/ Stephen L. Freeborn_____     Date 04/25/2023_____

Signature of Attorney for Debtor                                          MM / DD / YYYY

Stephen L. Freeborn_____

Printed name

Freeborn Law Offices, P.S._____

Firm name

33400 9th Ave S Ste 208_____

Number          Street

_____

Federal Way_____     WA     98003-2607_____

City                                                        State     ZIP Code

Contact phone (206) 624-5313_____     Email address steve@freebornlawoffices.com_____

13862_____     WA___

Bar number                                                State

| Debtor 1 | **Philip** | **R.** | **Ronco** | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |
| Debtor 2 | **Tracy** | **D** | **Meredith** | |
| (Spouse, if filing) | First Name | Middle Name | Last Name | |

United States Bankruptcy Court for the: **Western** District of **Washington**

Case number _____

☐ Check if this is an amended filing

## Official Form 106A/B

# Schedule A/B: Property

**12/15**

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

☐ No. Go to Part 2.
☑ Yes. Where is the property?

**1.1**    **900 29th St Se Space D-10 D-10**
Street address, if available, or other description

**Auburn, WA 98002-7766**
City    State    ZIP Code

**King**
County

**What is the property?** Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☑ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

**Source of Value:** Market Analysis Prepared by Jessica Ward of Keller Williams

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**
$46,500.00      $46,500.00

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Homestead**

☑ Check if this is community property (see instructions)

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here ................................. → | $46,500.00 |

### Part 2:    Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☑ Yes

Case 23-10758-CMA    Doc 1    Filed 04/26/23    Ent. 04/26/23 20:47:36    Pg. 17 of 78

| 3.1 | Make: | **Ford** | **Who has an interest in the property?** Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|

| Model: | **F250** | ☐ Debtor 1 only |
|---|---|---|
| Year: | **1976** | ☐ Debtor 2 only |
| | | ☑ Debtor 1 and Debtor 2 only |
| | | ☐ At least one of the debtors and another |

Approximate mileage: __250000__

Other information:

☑ **Check if this is community property** (see instructions)

| **Current value of the entire property?** | **Current value of the portion you own?** |
|---|---|
| $350.00 | $350.00 |

---

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**

   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ☑ No
   ☐ Yes

| 4.1 | Make: | _____ | **Who has an interest in the property?** Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|

| Model: | _____ | ☐ Debtor 1 only |
|---|---|---|
| Year: | _____ | ☐ Debtor 2 only |
| | | ☐ Debtor 1 and Debtor 2 only |
| Other information: | | ☐ At least one of the debtors and another |

☐ **Check if this is community property** (see instructions)

| **Current value of the entire property?** | **Current value of the portion you own?** |
|---|---|
| | |

---

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here ...........................................................  ➡   $350.00

---

## Part 3:  Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**

   *Examples:*  Major appliances, furniture, linens, china, kitchenware

   ☐ No
   ☑ Yes. Describe. .........

   | Bedroom Sets/Fridge/Washer/Dryer/Living Room/Dining/ Kitchen Appliances/Household Goods and Utensils | $1,500.00 |
   |---|---|

7. **Electronics**

   *Examples:*  Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

   ☐ No
   ☑ Yes. Describe. .........

   | TV's/DVD Player/CD Player/I pad/ Key Board | $400.00 |
   |---|---|

---

Official Form 106A/B                    Schedule A/B: Property                    page **2**

8. **Collectibles of value**

   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

   ☐ No

   ☑ Yes. Describe. .........

   | |
   |---|
   | DVD Collection $ 25.00<br>CD Collection $ 25.00<br>Books $ 10.00<br>Gold Coins $ 100.00 |

   $160.00

9. **Equipment for sports and hobbies**

   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

   ☐ No

   ☑ Yes. Describe. .........

   | |
   |---|
   | See Attached. Property in Daffodil Storage |

   $265.00

10. **Firearms**

    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

    ☐ No

    ☑ Yes. Describe. .........

    | |
    |---|
    | 4 Handguns<br>1 Shotgun<br>1 Rifle |

    $1,400.00

11. **Clothes**

    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

    ☐ No

    ☑ Yes. Describe. .........

    | |
    |---|
    | Clothes for 2 Adults |

    $400.00

12. **Jewelry**

    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

    ☐ No

    ☑ Yes. Describe. .........

    | |
    |---|
    | Men's Watches |

    $20.00

13. **Non-farm animals**

    *Examples:* Dogs, cats, birds, horses

    ☑ No

    ☐ Yes. Describe. .........

    | |
    |---|
    | |

14. **Any other personal and household items you did not already list, including any health aids you did not list**

    ☑ No

    ☐ Yes. Give specific information. .............

    | |
    |---|
    | |

15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here .................................................................................... ➔

    | |
    |---|
    | $4,145.00 |

**Part 4:    Describe Your Financial Assets**

**Do you own or have any legal or equitable interest in any of the following?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

16.  **Cash**

*Examples:*  Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No

☑ Yes ................................................................................................................................................  Cash: ...................  **$50.00**

17. **Deposits of money**

   *Examples:*  Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

   ☐ No

   ☑ Yes ....................                              Institution name:

| | | |
|---|---|---|
| 17.1. Checking account: | Alaska C/U #94-70 | |
| | **Account used for Debtor's and Joint Debtor's Social Security Deposits and Debtor's VA Benefits** | $6,659.24 |
| 17.2. Checking account: | **Boeing Employee Credit Union**<br>**Account #7887** | $0.02 |
| 17.3. Checking account: | **Boeing Employee Credit Union**<br>**#9884**<br>**Tracy D. Meredith is the account holder. this account was the recipient of $ 25k from Mevorach Equipment Auction on 4/15/2022.**<br>**Proceeds of the sale were deposited into Debtor's Personal Account, which 9884 is one. Client has stated funds were used to pay off some creditors. **Account was previously used for Joint Debtor Social Security Deposits** | $11.06 |
| 17.4. Checking account: | **Boeing Employee Credit Union**<br>**Acct # 2665 Philip Ronco is the account holder and this account was the recipient of $ 25k from Mevorach Equipment Auction on 4/15/2022. Proceeds of the sale were deposited into BECU Personal Accounts, which 2665 is Debtor Ronco's. Clients stated funds were used for living expenses and used to pay some creditors.**<br><br>**FUNDS THAT WERE ALSO DEPOSITED INTO THIS ACCOUNT WERE FROM US TREASURY FOR DEPOSITS OF- DEBTOR'S SS/AND FOR HIS VA BENEFITS.** | $18.66 |
| 17.5. Checking account: | **Pen Fed C/U Account #5926-01-7** | $5.00 |
| 17.6. Checking account: | **Red Canoe Account #128-70**<br>**THE DEBTOR'S SOCIAL SECURITY ACCOUNT WAS DEDUCTING VOLUNTARY TAXES MONTHLY FROM HIS BENEFITS CHECK.** DEBTOR HAS SET UP THIS ACCOUNT FOR DEPOSITS OF VOLUNTARY TAX WITH HOLDINGS FROM TAX RETURNS FOR 2020-$4037.00 2021-$2768.00. IN ADDITION TO THE VOLUNTARY TAX RETURN DEPOSITS, ***FUNDS FROM TRACY MEREDITH'S TRADITIONAL SIMPLE IRA FOR $1118.45 HAS BEEN DEPOSITED INTO THIS ACCOUNT*** AND A LES SCHWAB TIRE REFUND OF $ 500.00.** | $8,019.76 |
| 17.7. Savings account: | **Alaska C/U 94-10**<br>**Savings Account**<br>** Account used for Debtor and Joint Debtor Social Security Deposits. Debtor VA Benefits are also deposited into this account.** | $1,000.10 |
| 17.8. Savings account: | **Boeing Employee Credit Union Account #9876** | $3.43 |
| 17.9. Savings account: | **Boeing Employee Credit Union**<br>**Acct # 2631** | $25.58 |
| 17.10. Savings account: | **Boeing Employee Credit Union**<br>**Savings**<br><br>**Account was previously used for Debtor and Joint Debtor Social Security Deposits Benefits.** | $3.41 |
| 17.11. Savings account: | **Discover Bank Online Savings**<br>**Account #8337** | $12.40 |
| 17.12. Savings account: | **Pen Fed C/U Account 1910-01-7** | $20.59 |

Official Form 106A/B                Schedule A/B: Property                page 6

18. **Bonds, mutual funds, or publicly traded stocks**

   *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

   ☑ No

   ❏ Yes ..................... Institution or issuer name:

   _____  _____

   _____  _____

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

   ☑ No

   ❏ Yes. Give specific information about them.................. Name of entity:          % of ownership:

   _____  _____  _____

   _____  _____  _____

   _____  _____  _____

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

   *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
   *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

   ☑ No

   ❏ Yes. Give specific information about them.................. Issuer name:

   _____  _____

   _____  _____

   _____  _____

21. **Retirement or pension accounts**

   *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

   ☑ No

   ❏ Yes. List each account separately.    Type of account:    Institution name:

   401(k) or similar plan: _____  _____

   Pension plan: _____  _____

   IRA: _____  _____

   Retirement account: _____  _____

   Keogh: _____  _____

   Additional account: _____  _____

   Additional account: _____  _____

22. **Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☑ No

☐ Yes ..................... Institution name or individual:

| | |
|---|---|
| Electric: | |
| Gas: | |
| Heating oil: | |
| Security deposit on rental unit: | Skylark Village Space D-10 Rent |
| Prepaid rent: | |
| Telephone: | |
| Water: | |
| Rented furniture: | |
| Other: | |

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No

☐ Yes ..................... Issuer name and description:

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**

26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No

☐ Yes ..................... Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No

☐ Yes. Give specific information about them. ...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**

*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No

☐ Yes. Give specific information about them. ...

Official Form 106A/B     **Schedule A/B: Property**     page 8

27. **Licenses, franchises, and other general intangibles**

    *Examples:*  Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

    ☑ No

    ☐ Yes. Give specific
    information about them. ...

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**

    ☐ No

    ☑ Yes. Give specific information about
    them, including whether you
    already filed the returns and
    the tax years. ....................

    | 2022 | Personal 2022 Tax Return Filed 4/18/2022-**THE DEBTOR'S SOCIAL SECURITY ACCOUNT WAS DEDUCTING VOLUNTARY TAXES MONTHLY FROM HIS BENEFITS CHECK.** SOCIAL SECURITY HAS SENT NOTIFICATION OF DISCONTINUING VOLUNTARY TAX DEDUCTION IN MAY 2023. WHEN RECEIVED WILL BE DEPOSITED INTO RED CANOE ACCOUNT. |

    Federal:         $2,909.00
    State:
    Local:

29. **Family support**

    *Examples:*  Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property
    settlement

    ☑ No

    ☐ Yes. Give specific information. ........

    Alimony:
    Maintenance:
    Support:
    Divorce settlement:
    Property settlement:

30. **Other amounts someone owes you**

    *Examples:*  Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation,
    Social Security benefits; unpaid loans you made to someone else

    ☑ No

    ☐ Yes. Give specific information. ........

31. **Interests in insurance policies**

    *Examples:*  Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

    ☑ No

    ☐ Yes. Name the insurance company
    of each policy and list its value. ...

    Company name:                Beneficiary:                Surrender or refund value:

Official Form 106A/B                **Schedule A/B: Property**                page **9**

32. **Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☑ No

☐ Yes. Give specific information. ........

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☑ No

☐ Yes. Describe each claim. .............

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No

☐ Yes. Describe each claim. .............

35. **Any financial assets you did not already list**

☐ No

☑ Yes. Give specific information. ........  | See Attached.  | $5,301.66

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** .................................................................... → | $24,039.91

---

**Part 5:  Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

37. **Do you own or have any legal or equitable interest in any business-related property?**

☑ No. Go to Part 6.

☐ Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**

☑ No

☐ Yes. Describe. .........

39. **Office equipment, furnishings, and supplies**

*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☑ No

☐ Yes. Describe. .........

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No

☐ Yes. Describe. .........

Official Form 106A/B                        Schedule A/B: Property                                page 10

41. **Inventory**

☑ No

☐ Yes. Describe. ........

42. **Interests in partnerships or joint ventures**

☑ No

☐ Yes. Describe .......

|  | Name of entity: | % of ownership: | |
|---|---|---|---|
|  | _____ | _____ | _____ |
|  | _____ | _____ | _____ |
|  | _____ | _____ | _____ |

43. **Customer lists, mailing lists, or other compilations**

☑ No

☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

    ☐ No

    ☐ Yes. Describe. ........

44. **Any business-related property you did not already list**

☑ No

☐ Yes. Give specific information .........

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here** ....................................................➔

$0.00

**Part 6:**  **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.

☐ Yes. Go to line 47.

Current value of the portion you own?
Do not deduct secured claims or exemptions.

47. **Farm animals**
   *Examples:* Livestock, poultry, farm-raised fish
   ☑ No
   ☐ Yes ........................                  _____

48. **Crops—either growing or harvested**
   ☑ No
   ☐ Yes. Give specific information. ............          _____

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**
   ☑ No
   ☐ Yes ........................                  _____

50. **Farm and fishing supplies, chemicals, and feed**
   ☑ No
   ☐ Yes ........................                  _____

51. **Any farm- and commercial fishing-related property you did not already list**
   ☑ No
   ☐ Yes. Give specific information. ............          _____

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** ......................... → | **$0.00** |

## Part 7:   Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
   *Examples:* Season tickets, country club membership
   ☑ No
   ☐ Yes. Give specific information. ............          _____
                           _____

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ..................... → | **$0.00** |

## Part 8:   List the Totals of Each Part of this Form

55. **Part 1: Total real estate, line 2** ......................................................................... →   **$46,500.00**

56. **Part 2: Total vehicles, line 5**        **$350.00**

57. **Part 3: Total personal and household items, line 15**    **$4,145.00**

58. **Part 4: Total financial assets, line 36**    **$24,039.91**

Official Form 106A/B        **Schedule A/B: Property**        page **12**

59.  **Part 5: Total business-related property, line 45**  _____ $0.00

60.  **Part 6: Total farm- and fishing-related property, line 52**  _____ $0.00

61.  **Part 7: Total other property not listed, line 54**  **+** _____ $0.00

62.  **Total personal property.** Add lines 56 through 61. ...............  _____ $28,534.91    Copy personal property total ➜  **+** _____ $28,534.91

63.  **Total of all property on Schedule A/B.** Add line 55 + line 62. ...................................................................................  _____ $75,034.91

## Continuation Page

| | |
|---|---|
| 9. | **Equipment for sports and hobbies** |

| | |
|---|---|
| **Family Camping Tent/Camping Cots/Car Luggage Rack/Empty CD Cases/ Candles/Empty Boxes/Old Miscellaneous Paperwork** | unknown |

| | |
|---|---|
| **Items in Daffodil Storage Unit at 3624 Auburn Way N. Auburn WA: Same as above.** **Car Luggage Rack- $75./Family Camping Tent-$ 100./2 Camping Cots-$40./Empty DVD Cases/Boxes-$30./Misc Old Paperwork-$10./2 Boxes of Candles & lamps-$10.** | $265.00 |

| | |
|---|---|
| 35. | **Any financial assets you did not already list** |

| | |
|---|---|
| **Skylark Village Estates Landlord Deposit-MFG Home Park Space** | $200.00 |
| **Social Security Benefits-Philip Ronco** | $1,929.90 |
| **Social Security Benefits-Tracy Meredith** | $2,359.90 |
| **Veteran's Benefits- Philip Ronco** | $811.86 |

Official Form 106A/B                    Schedule A/B: Property                    page **14**

| Fill in this information to identify your case: | | |
|---|---|---|

| Debtor 1 | **Philip** | **R.** | **Ronco** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Tracy** | **D** | **Meredith** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Western District of Washington**

Case number
(if known)

❏ Check if this is an
amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt                 04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1:  Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*
   - ❏ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   - ☑ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>900 29th St Se Space D-10 D-10 Auburn, WA 98002-7766<br><br>Line from *Schedule A/B*:  1.1 | $46,500.00 | ❏ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(1)(Allocated: $46,500.00) |
| Brief description:<br>1976 Ford F250<br><br>Line from *Schedule A/B*:  3.1 | $350.00 | ☑ $350.00<br>❏ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(2) |

3. **Are you claiming a homestead exemption of more than $189,050?**
   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)
   - ☑ No
   - ❏ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
     - ❏ No
     - ❏ Yes

Official Form 106C                 Schedule C: The Property You Claim as Exempt                 page 1 of 6

## Part 2: Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption.* | |
| Brief description: | | ☑ $400.00 | 11 U.S.C. § 522(d)(3) |
| TV's/DVD Player/CD Player/I pad/ Key Board | $400.00 | ☐ 100% of fair market value, up to any applicable statutory limit | |
| Line from *Schedule A/B*: 7 | | | |
| Brief description: | | ☑ $160.00 | 11 U.S.C. § 522(d)(3) |
| DVD Collection $ 25.00 CD Collection $ 25.00 Books $ 10.00 Gold Coins $ 100.00 | $160.00 | ☐ 100% of fair market value, up to any applicable statutory limit | |
| Line from *Schedule A/B*: 8 | | | |
| Brief description: | | ☑ $265.00 | 11 U.S.C. § 522(d)(3) |
| Items in Daffodil Storage Unit at 3624 Auburn Way N. Auburn WA: Car Luggage Rack- $75./Family Camping Tent-$ 100./2 Camping Cots-$40./Empty DVD Cases/Boxes-$30./Misc Old Paperwork-$10./2 Boxes of Candles & lamps-$10. | $265.00 | ☐ 100% of fair market value, up to any applicable statutory limit | |
| Line from *Schedule A/B*: 9 | | | |
| Brief description: | | ☑ $1,400.00 | 11 U.S.C. § 522(d)(5) |
| 4 Handguns 1 Shotgun 1 Rifle | $1,400.00 | ☐ 100% of fair market value, up to any applicable statutory limit | |
| Line from *Schedule A/B*: 10 | | | |
| Brief description: | | ☑ $400.00 | 11 U.S.C. § 522(d)(3) |
| Clothes for 2 Adults | $400.00 | ☐ 100% of fair market value, up to any applicable statutory limit | |
| Line from *Schedule A/B*: 11 | | | |
| Brief description: | | ☑ $20.00 | 11 U.S.C. § 522(d)(4) |
| Men's Watches | $20.00 | ☐ 100% of fair market value, up to any applicable statutory limit | |
| Line from *Schedule A/B*: 12 | | | |
| Brief description: | | ☑ $50.00 | 11 U.S.C. § 522(d)(5) |
| Cash | $50.00 | ☐ 100% of fair market value, up to any applicable statutory limit | |
| Line from *Schedule A/B*: 16 | | | |

Official Form 106C     **Schedule C: The Property You Claim as Exempt**     page 2 of 6

## Part 2: Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption.* | |

**Brief description:**

Boeing Employee Credit Union Acct # 2665 Philip Ronco is the account holder and this account was the recipient of $ 25k from Mevorach Equipment Auction on 4/15/2022. Proceeds of the sale were deposited into BECU Personal Accounts, which 2665 is Debtor Ronco's. Clients stated funds were used for living expenses and used to pay some creditors. FUNDS THAT WERE ALSO DEPOSITED INTO THIS ACCOUNT WERE FROM US TREASURY FOR DEPOSITS OF DEBTOR'S SS/AND FOR HIS VA BENEFITS.

Checking account

| | $18.66 | ☑ $18.66 | 11 U.S.C. § 522(d)(5) |
|---|---|---|---|
| | | ☐ 100% of fair market value, up to any applicable statutory limit | |

Line from
*Schedule A/B:*    17

**Brief description:**

Boeing Employee Credit Union Acct # 2631

Savings account

| | $25.58 | ☑ $25.58 | 11 U.S.C. § 522(d)(5) |
|---|---|---|---|
| | | ☐ 100% of fair market value, up to any applicable statutory limit | |

Line from
*Schedule A/B:*    17

**Brief description:**

Alaska C/U #94-70 **Account used for Debtor's and Joint Debtor's Social Security Deposits and Debtor's VA Benefits**

Checking account

| | $6,659.24 | ☑ $823.72 | 11 U.S.C. § 522(d)(10)(B) |
|---|---|---|---|
| | | ☐ 100% of fair market value, up to any applicable statutory limit | |
| | | ☑ $5,835.52 | 11 U.S.C. § 522(d)(10) |
| | | ☐ 100% of fair market value, up to any applicable statutory limit | |

Line from
*Schedule A/B:*    17

**Brief description:**

Boeing Employee Credit Union #9884 Tracy D. Meredith is the account holder. this account was the recipient of $ 25k from Mevorach Equipment Auction on 4/15/2022. Proceeds of the sale were deposited into Debtor's Personal Account, which 9884 is one. Client has stated funds were used to pay off some creditors. **Account was previously used for Joint Debtor Social Security Deposits**

Checking account

| | $11.06 | ☑ $11.06 | 11 U.S.C. § 522(d)(5) |
|---|---|---|---|
| | | ☐ 100% of fair market value, up to any applicable statutory limit | |
| | ██ | ██ | ██ |
| | | 100% of fair market value, up to any applicable statutory limit | |

Line from
*Schedule A/B:*    17

## Part 2: Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>Alaska C/U 94-10 Savings Account ** Account used for Debtor and Joint Debtor Social Security Deposits. Debtor VA Benefits are also deposited into this account.**<br>Savings account | $1,000.10 | ☑ $1,000.10<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(10) |
| Line from *Schedule A/B*: 17 | | | |
| Brief description:<br>Boeing Employee Credit Union Savings **Account was previously used for Debtor and Joint Debtor Social Security Deposits Benefits.**<br>Savings account | $3.41 | ☑ $3.41<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Line from *Schedule A/B*: 17 | | | |
| Brief description:<br>Red Canoe Account #128-70 **THE DEBTOR'S SOCIAL SECURITY ACCOUNT WAS DEDUCTING VOLUNTARY TAXES MONTHLY FROM HIS BENEFITS CHECK.** DEBTOR HAS SET UP THIS ACCOUNT FOR DEPOSITS OF VOLUNTARY TAX WITH HOLDINGS FROM TAX RETURNS FOR 2020-$4037.00 2021-$2768.00. IN ADDITION TO THE VOLUNTARY TAX RETURN DEPOSITS, ***FUNDS FROM TRACY MEREDITH'S TRADITIONAL SIMPLE IRA FOR $1118.45 HAS BEEN DEPOSITED INTO THIS ACCOUNT*** AND A LES SCHWAB TIRE REFUND OF $ 500.00.<br>Checking account | $8,019.76 | `2020 2021 SS Voluntary Tax Refunds`<br>☑ $6,805.00<br>☐ 100% of fair market value. up to any applicable statutory limit<br><br>`Simple IRA Cash Out`<br>☑ $1,118.45<br>☐ 100% of fair market value, up to any applicable statutory limit<br><br>`Les Schwab Tire Refund`<br>☑ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 42 U.S.C. § 407<br><br><br>11 U.S.C. § 522(d)(12)<br><br><br>11 U.S.C. § 522(d)(5) |
| Line from *Schedule A/B*: 17 | | | |
| Brief description:<br>Discover Bank Online Savings Account #8337<br>Savings account | $12.40 | ☑ $12.40<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Line from *Schedule A/B*: 17 | | | |
| Brief description:<br>Pen Fed C/U Account #5926-01-7<br>Checking account | $5.00 | ☑ $5.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Line from *Schedule A/B*: 17 | | | |

Official Form 106C      Schedule C: The Property You Claim as Exempt      page 4 of 6

## Part 2: Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Brief description:**<br>Pen Fed C/U Account 1910-01-7<br>Savings account<br><br>Line from *Schedule A/B:*   **17** | $20.59 | ☑ $20.59<br>❑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **Brief description:**<br>Boeing Employee Credit Union Account #9876<br>Savings account<br><br>Line from *Schedule A/B:*   **17** | $3.43 | ☑ $3.43<br>❑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **Brief description:**<br>Boeing Employee Credit Union Account #7887<br>Checking account<br><br>Line from *Schedule A/B:*   **17** | $0.02 | ☑ $0.02<br>❑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **Brief description:**<br>Personal 2022 Tax Return Filed 4/18/2022-**THE DEBTOR'S SOCIAL SECURITY ACCOUNT WAS DEDUCTING VOLUNTARY TAXES MONTHLY FROM HIS BENEFITS CHECK.** SOCIAL SECURITY HAS SENT NOTIFICATION OF DISCONTINUING VOLUNTARY TAX DEDUCTION IN MAY 2023. WHEN RECEIVED WILL BE DEPOSITED INTO RED CANOE ACCOUNT.<br>Federal tax<br><br>Line from *Schedule A/B:*   **28** | $2,909.00 | ☑ $2,909.00<br>❑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(10) |
| **Brief description:**<br>Skylark Village Estates Landlord Deposit-MFG Home Park Space<br><br>Line from *Schedule A/B:*   **35** | $200.00 | ☑ $200.00<br>❑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **Brief description:**<br>Veteran's Benefits- Philip Ronco<br><br>Line from *Schedule A/B:*   **35** | $811.86 | ☑ $811.86<br>❑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(10) |

### Part 2: Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption.* | |
| Brief description: | | | |
| Social Security Benefits-Philip Ronco | $1,929.90 | ☑ _____ $1,929.90 _____ | 11 U.S.C. § 522(d)(10) |
| | | ☐ 100% of fair market value, up to any applicable statutory limit | |
| Line from *Schedule A/B*: 35 | | | |
| Brief description: | | | |
| Social Security Benefits-Tracy Meredith | $2,359.90 | ☑ _____ $2,359.90 _____ | 11 U.S.C. § 522(d)(10) |
| | | ☐ 100% of fair market value, up to any applicable statutory limit | |
| Line from *Schedule A/B*: 35 | | | |

Official Form 106C     **Schedule C: The Property You Claim as Exempt**     page 6 of 6

| Debtor 1 | **Philip** | **R.** | **Ronco** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | **Tracy** | **D** | **Meredith** |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Western District of Washington**

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☑ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:**  **List All Secured Claims**

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** | **Unsecured portion** If any |

**2.1** _____

Creditor's Name

_____

Number     Street

_____

City     State     ZIP Code

**Who owes the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Date debt was incurred** _____

**Describe the property that secures the claim:**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

☐ Other (including a right to offset)

**Last 4 digits of account number** __ __ __ __

Add the dollar value of your entries in Column A on this page. Write that number here: | $0.00 |

| Debtor 1 | **Philip** | **R.** | **Ronco** | |
|---|---|---|---|---|
| Debtor 2 | **Tracy** | **D** | **Meredith** | |
| | First Name | Middle Name | Last Name | |

Case number *(if known)* _____

<table>
<tr><td rowspan="2">**Part 1:**</td><td>**Additional Page**</td><td>*Column A*<br>**Amount of claim**</td><td>*Column B*<br>**Value of**</td><td>*Column C*<br>**Unsecured**</td></tr>
<tr><td>**After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.**</td><td>Do not deduct the value of collateral.</td><td>**collateral that supports this claim**</td><td>**portion**<br>if any</td></tr>
</table>

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| **2.2** _____<br>Creditor's Name<br><br>_____<br>Number      Street<br><br>_____<br>City          State      ZIP Code | **Describe the property that secures the claim:** | _____ | _____ | _____ |

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ **Check if this claim relates to a community debt**

**Date debt was incurred** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)

**Last 4 digits of account number** __ __ __ __

| | |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | $0.00 |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $0.00 |

| Debtor 1 | **Philip** | **R.** | **Ronco** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Tracy** | **D** | **Meredith** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Western District of Washington**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property.* If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1:  List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ☑ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.
   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

|  |  | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| **2.1** **Internal Revenue Service** | Last 4 digits of account number  **3206** | $2,100.00 | unknown | $2,100.00 |
| Priority Creditor's Name | **When was the debt incurred?**  **03/17/2023** | | | |
| **915 2nd Ave** | **As of the date you file, the claim is:** Check all that apply. | | | |
| Number        Street | ☐ Contingent | | | |
| **Seattle, WA 98174-1009** | ☐ Unliquidated | | | |
| City                State        ZIP Code | ☑ Disputed | | | |
| **Who incurred the debt?** Check one. | **Type of PRIORITY unsecured claim:** | | | |
| ☐ Debtor 1 only | ☐ Domestic support obligations | | | |
| ☐ Debtor 2 only | ☑ Taxes and certain other debts you owe the government | | | |
| ☑ Debtor 1 and Debtor 2 only | ☐ Claims for death or personal injury while you were intoxicated | | | |
| ☐ At least one of the debtors and another | | | | |
| ☑ **Check if this claim is for a community debt** | ☐ Other. Specify | | | |
| **Is the claim subject to offset?** | | | | |
| ☑ No | | | | |
| ☐ Yes | | | | |

Remarks: Late filing fees for Mevorach LLC

## Part 2: List All of Your NONPRIORITY Unsecured Claims

**3. Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes.

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

Total claim

### 4.1

**Absolute Resolutions Corp**
Nonpriority Creditor's Name

**Absolute Res Invstments LLC**

**8000 Norman Center Dr Ste 350**
Number     Street
**Minneapolis, MN 55437-1118**
City                State        ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Remarks: Debt Buyer Account Original Creditor Synchrony Financial Bank

Last 4 digits of account number  2683

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Collection Agency**

$8,564.00

### 4.2

**American Express**
Nonpriority Creditor's Name

**P O Box 981537**
Number     Street
**El Paso, TX 79998-1537**
City                State        ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Remarks: Account Charged Off as of 10/2021

Last 4 digits of account number  2253

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Credit Card**

$506.00

Case 23-10758-CMA    Doc 1    Filed 04/26/23    Ent. 04/26/23 20:47:36    Pg. 63 of 78

| Debtor 1 | **Philip** | **R.** | **Ronco** |
|---|---|---|---|
| Debtor 2 | **Tracy** | **D** | **Meredith** |
| | First Name | Middle Name | Last Name |

Case number *(if known)* _____

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

**Total claim**

**4.3** American Express
Nonpriority Creditor's Name

P. O. Box 981537
Number        Street

El Paso, TX 79998-1537
City        State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Remarks: Account Charged Off-Closed by Credit grantor

Last 4 digits of account number  8753

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Credit Card**

$21,113.00

---

**4.4** American Express
Nonpriority Creditor's Name

P.o. Box 981537
Number        Street

El Paso, TX 79998-1537
City        State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Remarks: Account Charged Off-Closed by Credit Grantor

Last 4 digits of account number  3863

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Credit Card**

$678.00

Case 23-10758-CMA    Doc 1    Filed 04/26/23    Ent. 04/26/23 20:47:36    Pg. 65 of 78

| Debtor 1 | **Philip** | **R.** | **Ronco** | |
|---|---|---|---|---|
| Debtor 2 | **Tracy** | **D** | **Meredith** | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | |

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

Total claim

---

**4.5**

| | |
|---|---|
| **American Express** | **Last 4 digits of account number  6063** _____ |
| Nonpriority Creditor's Name | |
| **Po Box 981537** | **When was the debt incurred?** _____ |
| Number        Street | **As of the date you file, the claim is:** Check all that apply. |
| **El Paso, TX 79998-1537** | ☐ Contingent |
| City                State        ZIP Code | ☑ Unliquidated |
| **Who incurred the debt?** Check one. | ☐ Disputed |
| ☐ Debtor 1 only | **Type of NONPRIORITY unsecured claim:** |
| ☐ Debtor 2 only | ☐ Student loans |
| ☑ Debtor 1 and Debtor 2 only | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims |
| ☐ At least one of the debtors and another | ☐ Debts to pension or profit-sharing plans, and other similar debts |
| ☑ **Check if this claim is for a community debt** | ☑ Other. Specify |
| **Is the claim subject to offset?** | **Credit Card** |
| ☑ No | |
| ☐ Yes | |

**Total claim: $495.00**

Remarks: Account Charged Off-Closed By Credit Grantor

---

**4.6**

| | |
|---|---|
| **American Express** | **Last 4 digits of account number  3153** _____ |
| Nonpriority Creditor's Name | |
| **Post Office Box 981537** | **When was the debt incurred?** _____ |
| Number        Street | **As of the date you file, the claim is:** Check all that apply. |
| **El Paso, TX 79998-1537** | ☐ Contingent |
| City                State        ZIP Code | ☑ Unliquidated |
| **Who incurred the debt?** Check one. | ☐ Disputed |
| ☐ Debtor 1 only | **Type of NONPRIORITY unsecured claim:** |
| ☐ Debtor 2 only | ☐ Student loans |
| ☑ Debtor 1 and Debtor 2 only | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims |
| ☐ At least one of the debtors and another | ☐ Debts to pension or profit-sharing plans, and other similar debts |
| ☑ **Check if this claim is for a community debt** | ☑ Other. Specify |
| **Is the claim subject to offset?** | **Credit Card** |
| ☑ No | |
| ☐ Yes | |

**Total claim: $1,883.00**

Remarks: Account Charged Off 10/2021

---

Official Form 106E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 4 of 31

## Part 2: Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

Total claim

---

**4.7**   **Apple Card GS Bank USA**        $16.00

Nonpriority Creditor's Name

**Lock box 6112**

**Po Box 7247**

Number     Street

**Philadelphia, PA 19170-6112**

City        State    ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number 3537**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Credit Card**

---

**4.8**   **Apple Card GS Bank USA**        $36.00

Nonpriority Creditor's Name

**Lock box 6112**

**Po Box 7247**

Number     Street

**Philadelphia, PA 19170-6112**

City        State    ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number 1377**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Credit Card**

Remarks: Account Overdue by 120 Days

| Debtor 1 | **Philip** | **R.** | **Ronco** | |
|---|---|---|---|---|
| Debtor 2 | **Tracy** | **D** | **Meredith** | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | |

x

**Part 2: Your NONPRIORITY Unsecured Claims - Continuation Page**

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

**Total claim**

---

**4.9**

**Bank of America**
Nonpriority Creditor's Name

**Po Box 982238**
Number     Street

**El Paso, TX 79998-2238**
City                State       ZIP Code

**Who incurred the debt? Check one.**
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Remarks:** Account Charged Off 8/2021

**Last 4 digits of account number  9740**

**When was the debt incurred?**   10/01/2018

**As of the date you file, the claim is: Check all that apply.**
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
**Credit Card**

**$5,970.00**

---

**4.10**

**Bank of America**
Nonpriority Creditor's Name

**P O Box 982238**
Number     Street

**El Paso, TX 79998-2238**
City                State       ZIP Code

**Who incurred the debt? Check one.**
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Remarks:** Closed-120 days Past Due

**Last 4 digits of account number  DITH**

**When was the debt incurred?**   _____

**As of the date you file, the claim is: Check all that apply.**
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
**Credit Card**

**$558.00**

---

## Part 2: Your NONPRIORITY Unsecured Claims - Continuation Page

**After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.**

**Total claim**

---

**4.11** **Barclays Bank**
Nonpriority Creditor's Name

**Po Box 8803**
Number          Street

**Wilmington, DE 19899-8803**
City                    State          ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Remarks: Account Charged Off

**Last 4 digits of account number  5134**

**When was the debt incurred?**  _____

**As of the date you file, the claim is: Check all that apply.**

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify

**$12,133.00**

---

**4.12** **Boeing Employee C/U**
Nonpriority Creditor's Name

**P O Box 97050**
Number          Street

**Seattle, WA 98124-9750**
City                    State          ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number  0143**

**When was the debt incurred?**  _____

**As of the date you file, the claim is: Check all that apply.**

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Credit Card**

**$4,987.00**

---

Official Form 106E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    page 7 of 31

| **Part 2:** | **Your NONPRIORITY Unsecured Claims - Continuation Page** |
|---|---|

**After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.**

Total claim

---

**4.13**    <u>**Boeing Employee Credit Union**</u>     **Last 4 digits of account number**  <u>2849</u>     <u>$14,685.00</u>

Nonpriority Creditor's Name

<u>**P. O. Box 97050**</u>

Number     Street

<u>**Seattle, WA 98124-9750**</u>

City        State     ZIP Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

<u>Remarks: Current</u>

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Line of Credit**

---

**4.14**    <u>**Boeing Employee Credit Union**</u>     **Last 4 digits of account number**  <u>8172</u>     <u>$13,759.00</u>

Nonpriority Creditor's Name

<u>**Administrative Services**</u>

<u>**Po Box 97050**</u>

Number     Street

<u>**Seattle, WA 98124-9750**</u>

City        State     ZIP Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Credit Card**

---

Case 23-10758-CMA    Doc 1    Filed 04/26/23    Ent. 04/26/23 20:47:36    Pg. 75 of 78

| Debtor 1 | **Philip** | **R.** | **Ronco** | |
|----------|-----------|--------|-----------|--|
| Debtor 2 | **Tracy** | **D** | **Meredith** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

## Part 2: Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

**Total claim**

---

**4.15**

**Boeing Employee Credit Union**
Nonpriority Creditor's Name

**Admin Services**

**Po Box 97050**
Number     Street

**Seattle, WA 98124-9750**
City                State     ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  2477

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify

**$10,134.14**

---

**4.16**

**Boeing Employee Credit Union**
Nonpriority Creditor's Name

**P. O. Box 97050**
Number     Street

**Seattle, WA 98124**
City                State     ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Remarks:** Overdraft on Mevorach Transportation LLC account 5567

Last 4 digits of account number  4704

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Overdraft**

**$85.14**

---

Official Form 106E/F                Schedule E/F: Creditors Who Have Unsecured Claims                page 9 of 31

Case 23-10758-CMA    Doc 1    Filed 04/26/23    Ent. 04/26/23 20:47:36    Pg. 77 of 78